IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:23-cv-14

CORVIAS CONSTRUCTION, LLC,
A Delaware Limited Liability Company,

CORVIAS CONSTRUCTION PARTNERS, LLC,
A Delaware Limited Liability Company,

BRAGG COMMUNITIES, LLC,
A Delaware Limited Liability Company,

Plaintiffs,

v.

STEADFAST INSURANCE COMPANY,

Defendant.

**ORDER GRANTING MOTION TO STAY PENDING ARBITRATION**

This matter is before the Court on the motion of Plaintiffs, Corvias Construction, LLC, Corvias Construction Partners, LLC, and Bragg Communities, LLC. Having reviewed this matter, and for good cause shown, the Court concludes that the Motion to Stay Pending Arbitration should be allowed.

IT IS THEREFORE ORDERED that the Motion to Stay Pending Arbitration is GRANTED, Defendant Steadfast Insurance Company's Motion to Dismiss or Stay is withdrawn without prejudice and all proceedings in this case are stayed pending arbitration of the parties' disputes pursuant to the terms and conditions of the Subguard Insurance Policy, and the parties shall submit a status report to the Court within 180 days of entry of this Order.

This, the 23 day of June 2023.

_____
United States District Court Judge